# EXHIBIT A





# EXHIBIT B









**EXHIBIT C**





# EXHIBIT D

















# EXHIBIT E











